ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NOAH R TURLEY, an individual, | CASE NO.: 5:12-cv-00871-R (SHx) |
|---|---|
| Plaintiff, | **JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| v. | |
| WELLS FARGO BANK a banking business corporation registered to do business in California, | [*Assigned to the Hon. Manuel L. Real*] |
| Defendants. | |

On July 17, 2012, this Court entered an Order granting the motion of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously named herein as "Wells Fargo Bank a banking business corporation registered to do business in California") ("Wells Fargo"), to dismiss plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In accordance with that Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. This action is dismissed with prejudice.
2. Plaintiff Noah Turley will take nothing from defendant Wells Fargo in this action; and
3. As the prevailing party, defendant Wells Fargo may submit an application to tax costs and a motion to recover reasonable attorneys' fees.

Dated: July 20, 2012

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On July 18, 2012, I served the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE**

on the interested parties in this action by placing a true and correct copy enclosed in a sealed envelope addressed as follows:

**Served By Means Other Than The Court's CM/ECF System:**

| *Pro Se Plaintiff:* | *Pro Se Plaintiff:* |
|---|---|
| Noah R. Turley | Noah R. Turley |
| 7498 Elm Street | 14521 Cameo Avenue |
| San Bernardino, CA 92410 | Norwalk, CA  90650 |
| | Tel: (310) 930-2721 |

[X]   **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on July 18, 2012.

| Jill Ashley | */s/ Jill Ashley* |
|---|---|
| (Print Name) | (Signature of Declarant) |

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

93000/FR0354/00430735-1

CASE NO.: 5:12-cv-00871-R  (SHx)
CERTIFICATE OF SERVICE